# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 21-3615

Lisa A. Biron

Appellant

v.

Michael D. Carvajal, Director Federal Bureau of Prisons, sued in their official capacity, et al.

Appellees

___

Appeal from U.S. District Court for the District of Minnesota
(0:20-cv-02110-WMW)
___

**ORDER**

This case is remanded to the district court for the limited purpose of determining the appellant's in forma pauperis status and assessing the appellate filing fees pursuant to 28 U.S.C. Section 1915 as amended by the Prison Litigation Reform Act. In the event the district court grants in forma pauperis status, the district court is directed to calculate and collect the appellate filing fees in accordance with Henderson v.Norris, 129 F.3d 481(8th Cir. 1997).

November 17, 2021

A true copy.

ATTEST:
CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.
___

/s/ Michael E. Gans