21-3615 Lisa Biron v. Michael Carvajal, et al

# Eighth Circuit Court of Appeals

**PRO SE Notice of Docket Activity**

The following was filed on 03/14/2022

**Case Name:** Lisa Biron v. Michael Carvajal, et al
**Case Number:** 21-3615

**Docket Text:**
Paper copies Appellee/Respondent brief, [5135393-2] filed by Lisa A. Biron 10 copies paper copies received.
[5136957] [21-3615]

**The following document(s) are associated with this transaction:**
Document Description: None

**Notice will be mailed to:**

Lisa A. Biron
FEDERAL CORRECTIONAL INSTITUTION
12775-049
P.O. Box 1731
Waseca, MN 56093-0741

**Notice will be electronically mailed to:**

Mr. Quinn Hochhalter: quinn.hochhalter@usdoj.gov, tara.sheqem@usdoj.gov
Ms. Erin Secord: erin.secord@usdoj.gov,
catherine.merle@usdoj.gov,caseview.ecf@usdoj.gov,bernetta.miller@usdoj.gov,bernetta.miller@usdoj.gov