# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 21-3615

Lisa A. Biron

Appellant

v.

Michael D. Carvajal, Director Federal Bureau of Prisons, sued in their official capacity, et al.

Appellees

---

Appeal from U.S. District Court for the District of Minnesota
(0:20-cv-02110-WMW)

---

**MANDATE**

In accordance with the opinion and judgment of June 24, 2022, and pursuant to the provisions of Federal Rule of Appellate Procedure 41(a), the formal mandate is hereby issued in the above-styled matter.

August 19, 2022

Clerk, U.S. Court of Appeals, Eighth Circuit